No. 02–10712.  WASHINGTON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, *ante*, p. 835.  Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

DECEMBER 4, 2003

No. 03–707.  PLANO INDEPENDENT SCHOOL DISTRICT ET AL. v. CHIU ET AL.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 46.1.

DECEMBER 8, 2003

No. 03–6734.  ARGUELLES v. UTAH.  Sup. Ct. Utah.  Certiorari dismissed under this Court's Rule 46.

No. 03–6737.  WHITE v. CITY OF MURRAY, UTAH, ET AL.  C. A. 10th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.